## Christopher Strassheim, Sheriff, Defendant in Error, v. A. H. Palmer et al., Plaintiffs in Error.

### Gen. No. 16,830.

APPEALS AND ERRORS—*effect of striking bill of exceptions.* If the bill of exceptions is stricken and the errors assigned are predicated only upon matters contained therein, an affirmance will be ordered.

Error to the Municipal Court of Chicago; the Hon. FRANK CROWE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1909. Affirmed. Opinion filed December 23, 1910.

MARSHALL SOLBERG, for plaintiff in error.

CAMERON & MATSON, for defendant in error.

MR. PRESIDING JUSTICE MACK delivered the opinion of the court.

The bill of exceptions having been stricken from the record, the errors assigned therein cannot be considered. The judgment is therefore affirmed.

*Affirmed.*